UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KENNETH EISENBRAUN and UNITED GLOBAL
SOURCING, INC.

                    Plaintiff(s),                    Case No.  2:18-cv-12013-VAR-SDD

v.                                                   Judge  Victoria A. Roberts

TEK MOBILE, INC., and HONG LIP YOW                   Magistrate Judge  Stephanie Dawkins Davis

                    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __TEK MOBILE, INC._____

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☐        No ☑

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐        No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  July 19, 2018                    /s/ Jeffrey B. Linden
                                        _____

                                        P58007
                                        Thav Gross, PC
                                        30150 Telegraph Rd., Suite 444
                                        Bingham Farms, MI 48025
                                        248-645-1700
                                        jlinden@thavgross.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENNETH D. EISENBRAUN, an
Individual, and UNITED GLOBAL
SOURCING, INC., a Michigan
corporation,

     Plaintiffs,

vs.

TEK MOBILE, INC., a California
corporation, and HONG LIP YOW,
an Individual,

     Defendants.

Case No. 18-cv-12013-VAR
Hon. Victoria A. Roberts

| | |
|---|---|
| **Thomas M. Schehr (P54391)** | **Kenneth L. Gross (P34734)** |
| **Andrew J. Kolozsvary (P68885)** | **Jeffrey B. Linden (P58007)** |
| DYKEMA GOSSETT PLLC | THAV GROSS PC |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 400 Renaissance Center, 37th Floor | 30150 Telegraph Road, Ste. 444 |
| Detroit, MI 48243 | Bingham Farms, MI 48025 |
| Tel:   (313) 568-6800 | Tel:   (248) 645-1700 |
| | Fax:   (248) 645-8205 |
| | Email:kengross@thavgross.com |
| | Email:jlinden@thavgross.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the following:

- *Defendant, TEK Mobile, Inc.'s Statement of Disclosure of Corporate Affiliations and Financial Interest*

and this **Certificate of Service** with the Clerk of the Court for the United States District Court for the Eastern District of Michigan, Southern Division, using the ECF filing system, which will be sent electronically to all counsel of record.

I declare, under penalties of perjury, that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge and belief.

*/s/Lori-Anne F. Wood*

Lori-Anne F. Wood