# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH D. EISENBRAUN, an Individual, and UNITED GLOBAL SOURCING, INC., a Michigan corporation,

    Plaintiffs/Counter-Defendants,

vs.

TEK MOBILE, INC., a California corporation, and HONG LIP YOW, an Individual,

    Defendants/Counter-Plaintiffs.

Case No. 18-cv-12013-VAR
Hon. Victoria A. Roberts

| | |
|---|---|
| **Thomas M. Schehr (P54391)**<br>**Andrew J. Kolozsvary (P68885)**<br>DYKEMA GOSSETT PLLC<br>Attorneys for Plaintiffs/Counter-Defendants<br>400 Renaissance Center, 37th Floor<br>Detroit, MI 48243<br>(313) 568-6800 | **Kenneth L. Gross (P34734)**<br>**Jeffrey B. Linden (P58007)**<br>THAV GROSS PC<br>Attorneys for Defendants/Counter-Plaintiffs<br>30150 Telegraph Road, Ste. 444<br>Bingham Farms, MI 48025<br>Tel:  (248) 645-1700<br>Fax:  (248) 645-8205<br>Email: kengross@thavgross.com<br>Email: jlinden@thavgross.com |

## DEFENDANTS/COUNTER-PLAINTIFFS' WITNESS LIST

Defendants/Counter-Plaintiffs, TEK Mobile, Inc., a California corporation and Hong Lip Yow, an Individual, through their attorneys Thav Gross PC, submit the following as their Witness List:

1

1. Kenneth D. Eisenbraun, Adverse Witness
   c/o Dykema Gossett PLLC
   400 Renaissance Center, 37th Floor
   Detroit, MI 48243

2. Representatives of United Global Sourcing, Inc., Adverse Witness
   c/o Dykema Gossett PLLC
   400 Renaissance Center, 37th Floor
   Detroit, MI 48243

3. Custodian of Records for United Global Sourcing, Inc.
   c/o Dykema Gossett PLLC
   400 Renaissance Center, 37th Floor
   Detroit, MI 48243

4. Hong Lip Yow
   FoneGear, LLC
   c/o Thav Gross PC
   30150 Telegraph Road, Ste. 444
   Bingham Farms, MI 48025

5. Michael Lin
   c/o Thav Gross PC
   30150 Telegraph Road, Ste. 444
   Bingham Farms, MI 48025

6. Bill Osier
   c/o Thav Gross PC
   30150 Telegraph Road, Ste. 444
   Bingham Farms, MI 48025

7. Fred Creamer
   c/o Thav Gross PC
   30150 Telegraph Road, Ste. 444
   Bingham Farms, MI 48025

8. Dennis Scala
   FoneGear, LLC
   c/o Thav Gross PC
   30150 Telegraph Road, Ste. 444
   Bingham Farms, MI 48025

9. Ryan Rossi
   FoneGear, LLC
   c/o Thav Gross, PC
   30150 Telegraph Road, Ste. 444
   Bingham Farms, MI 48025

10. Representatives of TEK Mobile, Inc.
    c/o Thav Gross, PC
    30150 Telegraph Road, Ste. 444
    Bingham Farms, MI 48025

11. John Chi
    EVP FoneGear, LLC
    c/o Thav Gross, PC
    30150 Telegraph Road, Ste. 444
    Bingham Farms, MI 48025

12. Shanni Novak
    10200 Andersonville Road
    Davisburg, MI 48350

13. Barb Zugolewski
    9280 Crescent Way Drive
    Troy, MI 48085

14. Robert C. Weide, CPA – Expert Witness
    c/o Thav Gross, PC
    30150 Telegraph Road, Ste. 444
    Bingham Farms, MI 48025

15. Witnesses, other than expert witnesses, listed by Plaintiffs/Counter-Defendants.

16. Such other witnesses as may be deemed necessary for impeachment or rebuttal.

17. Such other witnesses that shall be disclosed through the completion of discovery.

18. Defendants/Counter-Plaintiffs reserve the right to amend this Witness List as needed prior to trial if additional witnesses are identified through discovery.

Respectfully Submitted,

**THAV GROSS PC**

By: /s/Kenneth L. Gross
**Kenneth L. Gross (P34734)**
**Jeffrey B. Linden (P58007)**
Attorneys for Defendants/Counter-Plaintiffs
30150 Telegraph Road, Suite 444
Bingham Farms, MI 48025
Tel: (248) 645-1700
Fax: (248) 645-8205
Email: kengross@thavgross.com
Email: jlinden@thavgross.com

Dated: November 30, 2018

4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH D. EISENBRAUN, an Individual, and UNITED GLOBAL SOURCING, INC., a Michigan corporation,

    Plaintiffs/Counter-Defendants,

vs.

TEK MOBILE, INC., a California corporation, and HONG LIP YOW, an Individual,

    Defendants/Counter-Plaintiffs.

Case No. 18-cv-12013-VAR
Hon. Victoria A. Roberts

| | |
|---|---|
| **Thomas M. Schehr (P54391)** <br> **Andrew J. Kolozsvary (P68885)** <br> DYKEMA GOSSETT PLLC <br> Attorneys for Plaintiffs/Counter-Defendants <br> 400 Renaissance Center, 37th Floor <br> Detroit, MI 48243 <br> (313) 568-6800 | **Kenneth L. Gross (P34734)** <br> **Jeffrey B. Linden (P58007)** <br> THAV GROSS PC <br> Attorneys for Defendants/Counter-Plaintiffs <br> 30150 Telegraph Road, Ste. 444 <br> Bingham Farms, MI 48025 <br> Tel:  (248) 645-1700 <br> Fax:  (248) 645-8205 <br> Email:kengross@thavgross.com <br> Email:jlinden@thavgross.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the following:

- *Defendant/Counter-Plaintiffs' Witness List*

1

2

and this *Certificate of Service* with the Clerk of the Court for the United States District Court for the Eastern District of Michigan, Southern Division, using the ECF filing system, which will be sent electronically to all counsel of record.

>I declare, under penalties of perjury, that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge and belief.
>
>*/s/Lori-Anne F. Wood*
>Lori-Anne F. Wood