**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH D. EISENBRAUN, an individual, and UNITED GLOBAL SOURCING INC., a Michigan corporation,

    Plaintiffs/Counter-Defendants,

v.

TEK MOBILE, INC., a California corporation, and HONG LIP YOW, an individual,

    Defendants/Counter-Plaintiffs.

Case No. 18-cv-12013-VAR-SDD

Hon. Victoria A. Roberts

---

| DYKEMA GOSSETT PLLC | THAV GROSS PC |
|---|---|
| Thomas M. Schehr (P54391) | Kenneth L. Gross (P34734) |
| Andrew J. Kolozsvary (P68885) | Jeffrey B. Linden (P58007) |
| Attorneys for Plaintiffs/Counter-Defendants | Attorneys for Defendants/Counter-Plaintiffs |
| 400 Renaissance Center, 37th Floor | 30150 Telegraph Rd., Ste. 444 |
| Detroit, MI 47243 | Bingham Farms, MI 48025 |
| 313.568.6800 | 248.645.1700 |
| tschehr@dykema.com | kengross@thavgross.com |
| akolozsvary@dykema.com | jlinden@thavgross.com |

---

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

    Plaintiffs/Counter-Defendants Kenneth D. Eisenbraun and United Global Sourcing Inc. (collectively, "Plaintiffs/Counter-Defendants"), by their attorneys

Dykema Gossett PLLC, submit the following preliminary list of witnesses that they may call at trial:

1. Kenneth D. Eisenbraun.
2. Shanni Novak.
3. Barb Zygolewski.
4. John Burg, CPA.
5. Hong Lip Yow.
6. Fred Creamer.
7. Michael Lin.
8. John Chi.
9. Lawrence Lee.
10. Bill Osier.
11. Dennis Scala.
12. Ryan Rossi.
13. Chris Brecker.
14. Current and former employees and record custodians of TEK Mobile, Inc.
15. Current and former employees and record custodians of FoneGear, LLC.
16. Current and former employees and record custodians of United Global Sourcing, Inc.
17. Robert L. McAuliffe, CPA, expert regarding accounting (including generally accepted accounting principles ("GAAP")), valuation, and damages issues.
18. All witnesses listed by any other party to this action.

19. All necessary rebuttal witnesses, including rebuttal experts.

20. All persons referred to or identified in answers to interrogatories.

21. All persons referred to or identified in documents produced in connection with this litigation, whether by parties or by non-parties.

22. All persons identified in pleadings or depositions or discovery responses in this action.

23. Any and all individuals necessary to authenticate, interpret, identify, and/or introduce any and all trial exhibits.

24. Any person who is deposed or noticed for deposition in this case.

25. All witnesses discovered after the filing of this Witness List.

## RESERVATION OF RIGHT

Plaintiffs/Counter-Defendants' investigation and discovery is continuing and ongoing. Plaintiffs/Counter-Defendants' reserve the right to amend and supplement their witness list as discovery proceeds and the identity of other persons is discovered, and as justice otherwise requires.

DYKEMA GOSSETT PLLC

By: */s/ Andrew J. Kolozsvary*
Thomas M. Schehr (P54391)
Andrew J. Kolozsvary (P68885)
Attorneys for Plaintiffs/Counter-Defendants
400 Renaissance Center
Detroit, MI 48243

Dated: November 30, 2018
313-568-6800
akolozsvary@dykema.com
tschehr@dykema.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all electronic filing participants.

DYKEMA GOSSETT PLLC

By: */s/ Andrew J. Kolozsvary*
Thomas M. Schehr (P54391)
Andrew J. Kolozsvary (P68885)
Attorneys for Plaintiffs/Counter-Defendants
400 Renaissance Center
Detroit, MI 48243
313-568-6800
akolozsvary@dykema.com
tschehr@dykema.com

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243