## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENNETH D. EISENBRAUN, an individual, and UNITED GLOBAL SOURCING INC., a Michigan corporation,

    Plaintiffs/Counter-Defendants,

v.

TEK MOBILE, INC., a California corporation, and HONG LIP YOW, an individual,

    Defendants/Counter-Plaintiffs.

Case No. 18-cv-12013-VAR-SDD

Hon. Victoria A. Roberts

---

| DYKEMA GOSSETT PLLC | THAV GROSS PC |
|---|---|
| Thomas M. Schehr (P54391) | Kenneth L. Gross (P34734) |
| Andrew J. Kolozsvary (P68885) | Jeffrey B. Linden (P58007) |
| Attorneys for Plaintiffs/Counter-Defendants | Attorneys for Defendants/Counter-Plaintiffs |
| 400 Renaissance Center, 37th Floor | 30150 Telegraph Rd., Ste. 444 |
| Detroit, MI 47243 | Bingham Farms, MI 48025 |
| 313.568.6800 | 248.645.1700 |
| tschehr@dykema.com | kengross@thavgross.com |
| akolozsvary@dykema.com | jlinden@thavgross.com |

---

### **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to a Settlement Agreement, and on the stipulation of the parties as set forth below, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this action and all claims and counterclaims in the action are dismissed with prejudice and without costs or attorneys' fees to any party.

The Court retains jurisdiction to enforce the parties' Settlement Agreement.

This Order resolves the last pending claims by and between the parties and hereby closes the case.

IT IS SO ORDERED.

s/ Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS

Dated:  4/14/19

Stipulations:

/s/*Thomas M. Schehr*  
Attorneys for Plaintiffs

/s/*Kenneth L. Gross*  
Attorneys for Defendants